UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/7/19

| | |
|---|---|
| JOSE CARCHI, MARCO VASQUEZ, FLAVIO CAISAGUANO, JESUS CASTILLO, LUIZ ROMER DE JESUS, MANUEL MANEIRO, WILLIAN ARGUDO, FREDDY VASQUEZ, SERGIO LLANOS, CHARLES ALIAGA, EDGAR MARCELO CALLE SIGUENCIA, FIDAN KRASNIQI, HIDAJET KRASNIQI and SHABANI VILSON, *individually and on behalf of others similarly situated*, | 19-cv-1914-PAE<br><br>and<br><br>18-cv-291-PAE<br><br>and<br><br>18-cv-8898-PAE<br><br>**STIPULATION AND ORDER** |
| Plaintiffs, | |
| -against- | |
| SAN PIETRO RESTAURANT INC. (D/B/A SAN PIETRO RESTAURANT), SISTINA RESTAURANT INC. (D/B/A SISTINA), GERARDO BRUNO, GIUSEPPE BRUNO and COSIMO BRUNO, | |
| Defendants. | |
| and | |
| MARCO BORJA, LUIS CALLE-CALLE, RUSHE SELIMAJ, OSCAR PAGUAY, and MILTON ARTURO SACA ALVARADO, *individually and on behalf of others similarly situated*, | |
| Plaintiffs, | |
| -against- | |
| SAN PIETRO RESTAURANT INC. (D/B/A SAN PIETRO RESTAURANT), GERARDO BRUNO, GIUSEPPE BRUNO and COSIMO BRUNO, | |
| Defendants. | |

and

JEAN CHARLES ANTOINE QUARRATO,
*individually and on behalf of others similarly situated*,

                *Plaintiffs*,

-against-

SAN PIETRO RESTAURANT INC. (D/B/A SAN PIETRO RESTAURANT), SISTINA RESTAURANT INC. (D/B/A SISTINA), GERARDO BRUNO, and GIUSEPPE BRUNO,

                *Defendants*.

IT IS HEREBY STIPULATED that these actions have been discontinued and are hereby dismissed with prejudice as against Defendants, without costs to any party against any other, with the court retaining jurisdiction only to enforce the terms of the parties' settlement. This Stipulation may be filed with the Court without further notice to any party.

Dated: New York, New York
November 5, 2019

_____
Finn W. Dusenbery, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165
*Attorney for Plaintiffs*

_____
Brittany Buccellato
Akerman LLP
666 Fifth Avenue, 20th Fl
New York, New York 10103
*Attorney for the Defendants*

11/7/19

SO ORDERED:

_____
PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE